UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| United States of America, | Case No.: 8:25-cv-02225-MRA-JDE |
|---|---|
| Petitioner, | Notice to Respondent and Order to Show Cause |
| v. | |
| Richard A. Valdez, | Redacted Version |
| Respondent. | |

Based on the Petition, Memorandum of Points and Authorities, and Declaration, the Court finds that Petitioner has established its *prima facie* case for judicial approval of an IRS levy on the principal residence of Richard A. Valdez (Respondent) located at [Identifier A – redacted from public case file pursuant to Local Rule 79-5.2.2] (the property), in order to sell the property and apply the proceeds to Respondent's outstanding income tax liability for tax years 2012 through 2022.

1

1    **IT IS ORDERED** that Respondent appear before this District Court of
2    the United States for the Central District of California, at the following date,
3    time and address, and show cause why the Court should not enter an order
4    approving the IRS administrative levy on the property:
5
6    Date:         **Monday, November 24, 2025**
7    Time:         **1:30 p.m.**
8    Courtroom:    9B
9    Address:      Ronald Reagan Federal Building and United States
10                 Courthouse
11                 411 West Fourth Street, Santa Ana, California, 92701
12
13   **IT IS FURTHER ORDERED** that copies of this Order to Show
14   Cause, together with a copy of the aforementioned Petition, Memorandum of
15   Points and Authorities, and supporting Declaration, be served on
16   Respondent in accordance with Rule 4 of the Federal Rules of Civil
17   Procedure.
18   **IT FURTHER IS ORDERED** that Respondent has 21 days to from
19   the date this order is served to file a written Objection to the Petition with
20   the Clerk of the District Court and mail a copy of the Objection to Petitioner.
21   **IT FURTHER IS ORDERED** that Respondent's Objection may only
22   raise the following defenses: (1) the underlying tax liability has been
23   satisfied; (2) Respondent has other assets from which the liability can be
24   satisfied; and (3) the IRS did not follow the applicable laws or procedures
25   pertaining to the levy. 26 C.F.R. § 301.6334-1(d)(2). However, Respondent is
26   not permitted to challenge the merits the underlying income tax liability in
27   these proceedings. *Id.*
28

|   |   |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that all motions and issues raised by |
| 2 | the pleadings will be considered on the return date of this Order. Only those |
| 3 | issues timely raised by motion or brought into controversy by the responsive |
| 4 | pleadings and supported by sworn statements filed within 21 days after |
| 5 | service of this Order will be considered by the Court. All allegations in the |
| 6 | Petition not contested by such responsive pleadings or by sworn statements |
| 7 | will be deemed admitted. |
| 8 | **IT IS FURTHER ORDERED** that if Respondent fails to file an |
| 9 | Objection to the Petition within 21 days of service of this order, or if |
| 10 | Respondent fails to appear before the Court as instructed, the Court may |
| 11 | enter an Order approving the IRS levy on the property. |
| 12 | **IT IS FURTHER ORDERED** that if, prior to the return date of this |
| 13 | Order, Respondent files a response with the Court stating that Respondent |
| 14 | does not oppose the relief sought in the Petition, nor wish to make an |
| 15 | appearance, then the appearance of Respondent at any hearing pursuant to |
| 16 | this Order to Show Cause is excused, and the IRS may levy the property. |
| 18 | **IT IS SO ORDERED**. |
| 20 | Dated: October 10, 2025 |

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE